BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (175783)
fbottini@bottinilaw.com
Aaron P. Arnzen (218272)
aarnzen@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:   (858) 914-2001
Facsimile:    (858) 914-2002

*Counsel for Plaintiff Kenneth P. Giavara*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH P. GIAVARA,<br><br>Plaintiff,<br><br>vs.<br><br>ILLUMINATION ENTERTAINMENT LLC, MIKE WHITE, UNIVERSAL PICTURES, INC., UNIVERSAL CITY STUDIOS LLC, and DOES 1-10,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>COPYRIGHT INFRINGEMENT (SCREENPLAY);<br><br>**1. COPYRIGHT INFRINGEMENT (CONCEPT ART AND LIVE ACTION DEMO);**<br>**2. CONTRIBUTORY COPYRIGHT INFRINGEMENT;**<br>**3. VICARIOUS COPYRIGHT INFRINGEMENT; and**<br>**4. DECLARATORY RELIEF.**<br><br><u>DEMAND FOR JURY TRIAL</u> |

COMPLAINT FOR COPYRIGHT INFRINGEMENT

COMES NOW Plaintiff KENNETH P. GIAVARA and hereby requests a trial by jury and complains and alleges against Defendants ILLUMINATION ENTERTAINMENT LLC, MIKE WHITE, UNIVERSAL PICTURES, INC., UNIVERSAL CITY STUDIOS LLC, and DOES 1 through 10, and each of them, as follows:

**NATURE OF THE ACTION**

1.      This is an action for copyright infringement arising out of Defendants' unauthorized exploitation of the copyrighted screenplay *South for the Winter*, written by *Ken Giavara*, in connection with Defendants' creation of the hit movie *Migration*.

2.      Defendants brazenly have infringed upon and incorporated numerous protectible elements from *South for the Winter* into *Migration*, including plot, sequence, characters, theme, dialogue, mood, and setting.

3.      Plaintiff Giavara wrote an original screenplay entitled *South for the Winter*, registering it in 2007 with the Writers Guild of America West, Inc. in 2007. The registration was acknowledged by a Documentation of Registration, No. 1212681, dated July 5, 2007.

4.      Plaintiff's screenplay is also copyrighted, bearing Registration No. TXu2-544-393.

5.      Thereafter, Plaintiff entered the screenplay into several screenplay contests in Los Angeles.  He also retained an attorney in Los Angeles to market the screenplay to studios, producers, and agents in Los Angeles.

6.      In 2011, Plaintiff's screenplay *South for the Winter* won first prize in the Fresh Voices Screenplay Competition in the category of Family Film/Animated/Musical.  The letter notifying Plaintiff of his first prize award stated:

"Dear Kenneth:  It's been a long and grueling process, but after ten

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT

months of reading, evaluating, judging and debate, we are proud to announce the 2011 Fresh Voices Screenplay Competition and Spotlight Award Winners . . . Congratulations to everyone, you should all be very proud!  The winners have won tons of great prizes to help market and sell the winning script.  Plus, we've already had numerous industry requests for log lines and winning scripts."

7.    Thus, as a result of winning first prize in such contest, Plaintiff's screenplay was distributed to hundreds if not thousands of companies and persons in the movie industry in Hollywood, including movie producers, production studios, producers, and agents.

8.    Plaintiff also continued to work with his Los Angeles attorney to market the screenplay for sale or licensing to hundreds of movie producers, studios, production companies, and agents in Los Angeles and throughout California.  As just one of many examples, Plaintiff's attorney sent a copy of the script to Pixar Animation Studios on July 10, 2007, indicating it was a script for an animating movie and stating "*South for the Winter* is a story about a young bird living in New York City who misses the annual migration flight to sunny Florida."

9.    Defendants are movie and production studios in Los Angeles, as well as a writer located in Los Angeles.  They had access to Giavara's copyrighted screenplay as a result of the extensive publication and marketing of the screenplay in Los Angeles for years before *Migration* was produced.

10.    Plaintiff believes that White shared the copyrighted *South for the Winter* screenplay with the other Defendants, who then collectively infringed on Plaintiff's exclusive rights in and to these protected works.

11.    There are substantial similarities between the *South for the Winter* copyrighted screenplay, on the one hand, and the movie *Migration*, on the other hand, in terms of plot, sequence of events, themes, characters, setting, mood, and

2

COMPLAINT FOR COPYRIGHT INFRINGEMENT

pace.

12.    When Defendants realized they were producing a derivative work based on the *South for the Winter* copyrighted work, or at least had incorporated protected elements from the screenplay, they were obligated to obtain a license from Plaintiff, the owner of the *South for the Winter* copyrighted screenplay, and to give credit to Giavara as the author of the *South for the Winter* screenplay.

13.    Instead, Defendants did nothing, necessitating the filing of this action to vindicate Plaintiff's rights and to prevent Defendants from exploiting those rights without just compensation and due creative credit.

## THE PARTIES

14.    Plaintiff KENNETH P. GIAVARA (hereafter, "Plaintiff") is, and at all times mentioned herein was, a natural person residing in San Diego, California. Giavara is the author of the *South for the Winter* copyrighted screenplay.

15.    Upon information and belief, Defendant MIKE WHITE (hereafter, "White") is, and at all times mentioned herein was, an individual residing in the County of Los Angeles, State of California.

16.    Upon information and belief Defendant ILLUMINATION ENTERTAINMENT LLC (hereafter, "Illumination") is, and at all times mentioned herein was, a Limited Liability Company organized under the laws of the State of Delaware and authorized to transact business in the County of Los Angeles, State of California.

17.    Upon information and belief, Defendant UNIVERSAL PICTURES, INC. (hereafter, "Universal Pictures") is, and at all times mentioned herein was, a corporation organized under the laws of the State of Delaware and authorized to transact business in the State of California.

18.    Upon information and belief, Defendant UNIVERSAL CITY STUDIOS LLC (hereafter, "Universal City Studios") is, and at all times mentioned

3

COMPLAINT FOR COPYRIGHT INFRINGEMENT

herein was, a Limited Liability Company organized under the laws of the State of Delaware and authorized to transact business in the State of California, doing business as Universal Studios and/or Universal Pictures. It is an American film production and distribution company headquartered at the Universal Studios Lot in Universal City, California.

19.    Universal Pictures and Universal City Studios are sometimes referred to herein collectively as "Universal."

20.    The true names, identities and capacities, whether individual, corporate, associate or otherwise, of defendants Does 1 through 10 are unknown to Plaintiff at this time, who therefore sues said defendants by such fictitious names pursuant to California Code of Civil Procedure Section 474. Upon ascertaining the true and correct names, titles, capacities and/or identities of the defendants designated herein as Does, Plaintiff will amend this Complaint accordingly. Illumination, Universal Pictures, White, Universal City Studios and Does 1 through 10 are sometimes referred to collectively herein as "Defendants."

21.    Plaintiff is informed and believes, and thereon alleges, that each of the Defendants herein, however designated, whether by real or fictitious name, were and are in some manner responsible for the events, happenings, occurrences and instrumentalities upon and about which complaint is hereinafter made.

22.    Plaintiff is further informed and believes, and thereon alleges, that each of the Defendants herein, whether designated by real or fictitious names, are, and at all times relevant hereto, were, the agent, servant, employee and hireling of each of the Defendants and in doing the things and acts herein alleged and complained of or in failing to do that which they should have done, were acting within the course and scope of such employment, agency and hiring with the full knowledge, consent, approval and ratification of each of the other Defendants.

4

## JURISDICTION AND VENUE

23.    This is a civil action seeking damages and declaratory and injunctive relief for copyright infringement arising under 17 U.S.C. §§ 101, *et seq.*

24.    This Court has original subject matter jurisdiction over this action under 28 U.S.C. § 1331 and § 1338(a), as this action asserts copyright claims arising under the laws of the United States.

25.    This Court has personal jurisdiction over Defendants because some or all of them reside in this state, and because all Defendants conduct continuous, systematic, and routine business within this state and this District.

26.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400 in that Plaintiff's claims arose in this District and because Defendants reside or may be found in this District.

## STANDING

27.    Plaintiff has standing to bring this action as the current owner of the copyrighted works upon which the claims in this action are based. More specifically, Plaintiff is the original owner of a copyright to the screenplay *South for the Winter*, Registration No. TXu2-544-393.

## GENERAL ALLEGATIONS

28.    Plaintiff Ken Giavara ("Plaintiff") is the exclusive owner of all rights in and to the following original screenplay: *South for the Winter*.

29.    Plaintiff Giavara wrote *South for the Winter*, registering it in 2007 with the Writers Guild of America West, Inc.  The registration was acknowledged by a Documentation of Registration, No. 1212681, dated July 5, 2007.

30.    Plaintiff also copyrighted *South for the Winter*, and is the legal owner of all copyrights to the screenplay, having been awarded Copyright Reg. No. TXu 2-544-393. A true and correct copy of this Copyright Registration Certificate is attached as **Exhibit 1.**

5

COMPLAINT FOR COPYRIGHT INFRINGEMENT

31.    The screenplay is referred to herein as "*South for the Winter.*"  The screenplay constitutes original works of authorship by Kenneth P. Giavara (hereafter, "Giavara").

32.    This artistic work represents a years-long artistic endeavor.  Plaintiff is the owner of all rights in the *South for the Winter* screenplay, in all of its advancing, original, unique, and protected permutations and derivations, and Plaintiff has never assigned, licensed, or otherwise transferred the rights in the *South for the Winter* screenplay to any of the Defendants or to any other third party.

33.    Beginning in 2007, Plaintiff entered *South for the Winter* into several screenplay contests in Los Angeles.  He also retained an attorney in Los Angeles to market the screenplay to studios, producers, and agents in Los Angeles.

34.    Plaintiff also retained and worked with a Los Angeles attorney to market the screenplay for sale or licensing to hundreds of movie producers, studios, production companies, and agents in Los Angeles and throughout California.  As just one of many examples, Plaintiff's attorney sent a copy of the script to Pixar Animation Studios on July 10, 2007, indicating it was a script for an animating movie and stating "*South for the Winter* is a story about a young bird living in New York City who misses the annual migration flight to sunny Florida."

35.    In 2011, Plaintiff's screenplay *South for the Winter* won first prize in the Fresh Voices Screenplay Competition in the category of Family Film/Animated/Musical.  The letter notifying Plaintiff of his first prize award stated:

"Dear Kenneth:  It's been a long and grueling process, but after ten months of reading, evaluating, judging and debate, we are proud to announce the 2011 Fresh Voices Screenplay Competition and Spotlight Award Winners . . . Congratulations to everyone, you should all be very proud!  The winners have won tons of great prizes to help

6

COMPLAINT FOR COPYRIGHT INFRINGEMENT

market and sell the winning script.  Plus, we've already had numerous industry requests for log lines and winning scripts."

36.   Thus, as a result of winning first prize in such contest, Plaintiff's screenplay was distributed to hundreds if not thousands of companies and persons in the movie industry in Hollywood, including movie producers, production studios, producers, and agents.

37.   In 2011, Plaintiff also submitted the screenplay to the Beverly Hills Screenplay Contest, where it was selected as a finalist.

38.   Plaintiff's screenplay *South for the Winter* was also entered in and received a quarterfinal award for another contest in Los Angeles called Stage 32.

39.   The recognition received from these awards increased the screenplay's visibility and exposure within the entertainment industry, including among film studios, production companies, and other industry professionals in the Hollywood area.

40.   In the following years, Plaintiff also continued to work with his Los Angeles attorney to market the screenplay for sale or licensing to hundreds of movie producers, studios, production companies, and agents in Los Angeles and throughout California.

41.   Between 2008 and 2015, acting on his own and through InkTip, Plaintiff extensively marketed and promoted his screenplay, *South for the Winter*, to numerous third parties throughout the entertainment industry, including by sending it to Starz Animation, True Talent, Tom Ratiner, A2 Media, Anthony Vasto, GTMG, Bigger Pictures, 6-17 Productions, Story Ark Media, HG Entertainment, TriGlobe Productions, NGN Productions, and others. InkTip is a screenplay marketing and listing service that enables writers to market and submit scripts directly to producers, managers, agents, production companies, and other industry professionals. During this seven-year period, Plaintiff sent numerous

COMPLAINT FOR COPYRIGHT INFRINGEMENT

emails, queries, pitches, and script submissions through InkTipPro and other electronic communications channels to a wide range of entertainment industry recipients.

42. Defendants are movie and production studios in Los Angeles, as well as a writer located in Los Angeles. They had access to Giavara's copyrighted screenplay as a result of the contests the screenplay was entered into as well as the extensive publication and marketing of the screenplay in Los Angeles for years before *Migration* was produced.

43. Plaintiff believes that White shared the copyrighted *South for the Winter* screenplay with the other Defendants, who then collectively infringed on Plaintiff's exclusive rights in and to these protected works.

44. The movie *Migration* was released by Illumination and Universal in December 2023.

45. There are substantial and articulable similarities between the *South for the Winter* screenplay and *Migration* in terms of plot, theme, dialogue, mood, setting, pace, characters, and sequence of events.

46. The similarities between the movie *Migration* and *South for the Winter* are so substantial that it seems unlikely that the former could possibly have been created independently from the latter. These similarities include, but are not limited to, the following:

1) **Plot/Sequence of Events**

| *South for the Winter* | *Migration* |
|---|---|
| A family of birds living in New England | A family of ducks living in New England |
| Birds have anthropomorphic characteristics | Ducks have anthropomorphic characteristics |
| Child bird as protagonist (Peetey) | Child duck as protagonist (Dax) |

8

| Overprotective father (Mac) | Overprotective father (Mack) |
|---|---|
| Family disagrees about whether to migrate south for the winter | Family disagrees about whether to migrate south for the winter |
| Kids want to explore the world | Kids want to explore the world |
| They end up on a road-trip style migration to Florida | They end up on a road-trip style migration to Jamaica |
| Birds begin the migration from a pond in Central Park in NYC | Ducks begin the migration from a pond in Central Park in NYC |
| Family separated during migration (Peetey left behind) | Family separated during migration (kids separated from parents) |
| Key scenes take place in New York City's Central Park | Key scenes take place in New York City's Central Park |
| Older bird (Sam) acts as mentor to young bird, Peetey | Older bird (Uncle Dan) acts as mentor to young duck |
| Arrives in tropical Florida in the end | Arrives in tropical Jamaica in the end |

## 2) Themes

| South for the Winter | Migration |
|---|---|
| Journey south as both literal and emotional escape | Journey south as both literal and emotional escape |
| Anthropomorphic bird family | Anthropomorphic bird family |
| Individuality vs parental control | Individuality vs parental control |
| Coming-of-age independence | Coming-of-age independence |
| Father/son conflict | Father/son conflict |
| "Overprotective parenting" | "Overprotective parenting" |
| "Rules vs freedom" | "Rules vs freedom" |
| Courage/Heroism: Rise of courage, has | Courage/Heroism: Rise of courage, has |

9

COMPLAINT FOR COPYRIGHT INFRINGEMENT

| to be "hero" at some point | to be "hero" at some point |
|---|---|
| Migration becomes identity-forming journey | Migration becomes identity-forming journey |
| fear vs adventure, parenting styles, independence | fear vs adventure, parenting styles, independence |
| Theme of family and growing apart and growing together | Theme of family and growing apart and growing together |

### 3) Characters

| South for the Winter | Migration |
|---|---|
| Mac – father bird; strict military-style father, authority figure who is forced to confront loss of control | Mack – father bird; overprotective and authority-driven; controls family decisions but learns to loosen control |
| Sam – older mentor bird; Introduces alternative worldview; encourages freedom | Uncle Dan – older mentor duck; Introduces alternative worldview; encourages freedom |
| Peetey – young bird who is protagonist; dissatisfied with status quo; wants adventure | Dax – young duck who is protagonist; dissatisfied with status quo; wants adventure |
| Sandy – Mother; loves her son and wants best for family | Pam – Mother; loves her son and wants best for family |

### 4) Mood

| South for the Winter | Migration |
|---|---|
| Light comedic adventure tone | Light comedic adventure tone |
| Screenplay written to be animated movie | Screenplay written to be animated movie |
| Family bonding over disruption/chaos | Family bonding over disruption/chaos |

10

COMPLAINT FOR COPYRIGHT INFRINGEMENT

## 5) <u>Setting/Place</u>

| South for the Winter | Migration |
|---|---|
| Central Park in NYC | Central Park in NYC |
| Migration to Florida (final destination, tropical paradise) | Migration to Jamaica (final destination, tropical paradise) |
| New England as location prior to and during part of migration | New England as location prior to and during part of migration |
| Starts in fall (vibrant colors/leaves) | Starts in fall (vibrant colors/leaves) |

## (6) <u>Title</u>

| South for the Winter | Migration |
|---|---|
| *South for the Winter*, but the word and theme "migration" appears over ten (10) times in the screenplay for *South for the Winter*. | *Migration* – the word "migration" was taken from the screenplay for *South for the Winter*, where the word and theme appear over ten times. |

47.   There is also an overwhelming overlap of scenes in both *South for the Winter* and *Migration*, including the following:

**<u>Sequence A: Migration Premise</u>**

***South for the Winter***

- Organized migration headed by a headstrong father bird named Mac.
- Peetey misses departure for the migration and becomes stranded.

***Migration***

- Headstrong father duck named Mack is urged by his family to join migration south.
- Family debates whether to migrate at all.
- Departure becomes catalyst for adventure.

11

COMPLAINT FOR COPYRIGHT INFRINGEMENT

**Sequence B: Parent/Child Conflict**

*South for the Winter*

- Mac views Peetey as undisciplined.
- Peetey believes father does not love him.

*Migration*

- Mack fears danger and restricts family exploration.
- Children seek freedom.

**Sequence C: New York Adventure**

*South for the Winter*

- Peetey wanders New York with squirrel friends.
- Visits wealthy bird Mrs. Carrington on Park Avenue.

*Migration*

- Family enters New York City and encounters urban hazards.

**Sequence D: Mentor Encounter**

*South for the Winter*

- Peetey meets Sam.
- Sam defeats him in Brisball.
- Sam becomes travel companion and mentor.

*Migration*

- Characters encounter experienced birds and outsiders during travel.

**Sequence E: Southern Migration Journey**

*South for the Winter*

- Extended travel south through New Jersey, Atlantic City, Carolinas, etc.

*Migration*

- Extended migration journey through multiple locations toward Jamaica.

12

48. There are numerous other similarities between *South for the Winter* and *Migration*, including similarities between protected elements as well as instances where both the *South for the Winter* screenplay and *Migration* contain a significant number of similar events which together belie any claim of literary accident. Examples of such events include:

| *South for the Winter* | Similar Feature in *Migration* |
| --- | --- |
| Migratory bird story beginning in New York/Northeast and traveling south for winter. | Duck family migrates from New England toward warmer southern destinations. |
| Annual bird migration is central to the plot, and the word "migration" is repeatedly referenced throughout the screenplay. | Annual migration is the central premise of the film. The movie took the central migration theme from *South for the Winter* and made it the title of the movie |
| The father bird is named Mac | The father bird is named Mack |
| Mac is a strict, tradition-oriented father figure. | Mack Mallard is a highly protective, risk-averse father figure. |
| Father wants child to follow established expectations and traditions. | Father prefers safety and familiar routines over adventure. |
| Peetey seeks a different future than the one envisioned by his father. | The younger generation pushes for exploration and new experiences. Young bird wants to migrate south but Mack wants to stay home. |
| Journey leads to growth in family relationships. | Migration journey changes family dynamics and the father's outlook. |
| Migration is disrupted when Peetey misses the migration. | Migration-related events propel the family into an unexpected adventure. |
| Peetey travels with Sam, an unconventional mentor. | Family encounters free-spirited outsiders who challenge existing beliefs. |
| Urban bird setting involving New York locations and human environments. | Significant portions of the story involve birds navigating urban environments, including New York City. |

13

COMPLAINT FOR COPYRIGHT INFRINGEMENT

| Family members search for and attempt to reunite with separated birds. | Family separation and reunification are recurring story elements. |
|---|---|
| Peetey serves as the curious young protagonist seeking independence. | Younger bird characters similarly drive exploration and adventure. |
| Mac undergoes personal growth and reconsiders his parenting approach. | Mack undergoes character growth and becomes more open to risk and change. |

49.    *Migration* is clearly derivative of the *South for the Winter* screenplay and incorporates numerous protected elements that appear in the screenplay. There is no dispute that Defendants had access to the screenplay, as it was written and widely distributed in Los Angeles for more than a decade prior to the time the *Migration* movie was produced and hit the theaters.

50.    It is more than just a mere possibility that White, the alleged writer of the screenplay for *Migration*, discovered and misappropriated the *South for the Winter* copyrighted work, and/or disclosed it to the Defendants, who then incorporated elements from those works without permission or authorization from Plaintiff.

### FIRST CAUSE OF ACTION

**(Copyright Infringement—*South for the Winter* screenplay)**
**(As Against all Defendants)**

51.    Plaintiff hereby repeats, realleges, and incorporates by this reference each and every allegation from each and every paragraph before and after this paragraph, as though said paragraphs were set forth in full herein.

52.    The *South for the Winter* screenplay constitutes copyrightable subject matter under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*

53.    Plaintiff is the owner of valid copyrights in and to the *South for the Winter* screenplay and has the exclusive right to develop, create, and/or produce television shows based on the *South for the Winter* screenplay, including but not limited to the characters, themes, plots, dialogue, settings, sequences, situations,

14

and incidents therein.

54. Plaintiff is entitled to all of the protections and remedies for the *South for the Winter* screenplay accorded to a copyright owner.

55. At no time did Plaintiff license the *South for the Winter* screenplay to Defendants.

56. Upon information and belief, in direct violation of Plaintiff's exclusive rights, Defendants have directly infringed, and unless enjoined by this Court, will continue to infringe the copyrights in the *South for the Winter* screenplay by, among other things:

Preparing unauthorized derivative works of the *South for the Winter* screenplay in the form of the television series *Migration*;

Reproducing copyrighted elements of the *South for the Winter* screenplay in the television series *Migration*; and

Publicly performing the television series *Migration*, which contains copyright elements of the *South for the Winter* screenplay.

57. As a direct, legal, and proximate result of Defendants' infringement on Plaintiff's copyrights in and to the *South for the Winter* screenplay, Plaintiff has been damaged in an amount according to proof at trial.

## SECOND CAUSE OF ACTION
### (Contributory Copyright Infringement)
### (As Against All Defendants)

58. Plaintiff hereby repeats, realleges, and incorporates by this reference each and every allegation from each and every paragraph before and after this paragraph, as though said paragraphs were set forth in full herein.

59. On information and belief, Defendants knew or had reason to know that *Migration* is an unauthorized derivative work based on the *South for the Winter* screenplay, that is, at least in part, substantially similar to the copyright elements

15

COMPLAINT FOR COPYRIGHT INFRINGEMENT

in the copyrighted *South for the Winter* screenplay.

60.   On information and belief, Defendants induced, caused, and materially contributed to the unauthorized preparation, duplication, distribution, and public performance of the infringing *Migration* movie, and are continuing to do so.

61.   In violation of Plaintiff's exclusive rights, Defendants have contributed to the infringement and, unless enjoined by this Court, will continue to contribute to the infringement of the copyrights in the copyrighted *South for the Winter* copyrighted work.

62.   As a direct, legal, and proximate result of Defendants' contributory infringement on Plaintiff's copyright in and to the *South for the Winter* screenplay, Plaintiff has been damaged in an amount according to proof at trial.

## THIRD CAUSE OF ACTION
**(Vicarious Copyright Infringement)**
**(As Against All Defendants)**

63.   Plaintiff hereby repeats, realleges, and incorporates by this reference each and every allegation from each and every paragraph before and after this paragraph, as though said paragraphs were set forth in full herein.

64.   On information and belief, Defendants have the right and ability to supervise the other Defendants, and on information and belief, did supervise them in their unlawful preparation, duplication, and distribution of the *Migration* movie.

65.   On information and belief, Defendants enjoy a direct financial benefit from the preparation, duplication, and distribution of the infringing *Migration* movie.

66.   In direction violation of Plaintiff's exclusive rights and as a consequence of the foregoing, Defendants have vicariously infringed the copyrights in the *South for the Winter* screenplay.

///

16

COMPLAINT FOR COPYRIGHT INFRINGEMENT

67. As a direct, legal, and proximate result of Defendants' contributory infringement on Plaintiff's copyrights in and to the *South for the Winter* screenplay, Plaintiff has been damaged in an amount according to proof at trial.

## FOURTH CAUSE OF ACTION
### (Declaratory Relief)
### (As Against All Defendants)

68. Plaintiff hereby repeats, realleges, and incorporates by this reference each and every allegation from each and every paragraph before and after this paragraph, as though said paragraphs were set forth in full herein.

69. An actual controversy has arisen and now exists relating to the rights and duties of Plaintiff and Defendants under the United States copyright laws.

70. Plaintiff contends that he is the sole owner of the *South for the Winter* screenplay, and that *Migration* infringes on Plaintiff's rights in and to the *South for the Winter* screenplay.

71. Plaintiff further contends that he is entitled to compensation based on Defendants' infringement on Plaintiff's rights in and to the *South for the Winter* copyrighted work and that Giavara is entitled to credit as a writer of *Migration*.

72. Plaintiff is informed and believes and thereon alleges that Defendants dispute Plaintiff's contentions.

73. Plaintiff therefore desires a judicial determination and declaration of the respective rights and obligations of the parties.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff KENNETH P. GIAVARA prays for the following relief against Defendants ILLUMINATION ENTERTAINMENT LLC, UNIVERSAL PICTURES, INC., UNIVERSAL CITY STUDIOS LLC, MIKE WHITE, and DOES 1 through 10, as follows:

A. For a preliminary and permanent injunction enjoining Defendants from inverting the copyrights of Plaintiff in any manner.

17

B.     For an award of all gains, profits, and advantages derived by Defendants by their infringement of Plaintiff's copyrights or such damages as the Court shall deem proper within the provisions of the copyright statute, in an amount determined at trial, together with interest thereon as provided by law.

C.     For an order requiring that Defendants provide a complete accounting and for the restitution to Plaintiff of all monies, gains, profits and advantages Defendants have derived from their production, distribution and exploitation of the infringing television series *Migration*, and ancillary products based thereon, and from their copyright infringement of the *South for the Winter* copyrighted works.

D.     For an order imposing a constructive trust over all monies, gains, and profits Defendants derive from their production, distribution and exploitation of the infringing television series, and ancillary products based thereon, and from their copyright infringement of the *South for the Winter* copyrighted works.

E.     For statutory damages, costs, and attorneys' fees with respect to the television series *Migration* and any derivative works.

F.     For such other and further relief and remedies available under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*, which the Court may deem just and proper.

G.     For a judicial declaration that: (a) *Migration* infringes on Plaintiff's rights in and to the *South for the Winter* copyrighted works, including the *South for the Winter* screenplay and concept art; (b) Plaintiff is entitled to compensation based on Defendants' infringement on Plaintiff's rights in and to the *South for the Winter* copyrighted works; and (c) Giavara is entitled to credit as a writer of *Migration*.

H.     For such other and further relief as the Court deems just and proper.

///

///

18

COMPLAINT FOR COPYRIGHT INFRINGEMENT

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

Dated: June 26, 2026

Respectfully submitted,

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (175783)
Aaron P. Arnzen (218272)

*s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:   (858) 914-2001
Facsimile:    (858) 914-2002
fbottini@bottinilaw.com
aarnzen@bottinilaw.com

*Counsel for Plaintiff Kenneth P. Giavara*

19

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# EXHIBIT 1

# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**TXu 2-544-393**

**Effective Date of Registration:**
December 22, 2025
**Registration Decision Date:**
May 29, 2026

## Title

**Title of Work:** South for the Winter

## Completion/Publication

**Year of Completion:** 2007

## Author

- **Author:** Kenneth P Giavara
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1966

## Copyright Claimant

**Copyright Claimant:** Kenneth P Giavara
████████████████████████

## Rights and Permissions

**Name:** Kenneth P Giavara
**Email:** ████████████████
**Telephone:**
**Address:** ████████████████

## Certification

**Name:** Kenneth P Giavara
**Date:** December 22, 2025

Page 1 of 2

**Correspondence:**    Yes

**Registration #:**    TXu002544393
**Service Request #:**    1-15063403241

