UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
9/3/26
CENTRAL DISTRICT OF CALIFORNIA
BY: ASP DEPUTY

**KENNETH P. GIAVARA,**
Plaintiff,

v.

**UNIVERSAL CITY STUDIOS LLC;**
**UNIVERSAL PICTURES, INC.;**
**ILLUMINATION ENTERTAINMENT LLC;**
**MIKE WHITE;**
**CHRIS MELEDANDRI;**
**BACKSTAGE;**
**SCREENCRAFT;**
**COVERFLY;**
**NANTUCKET FILM FESTIVAL;**
**SCOTT LAURIE;**
**TONY COX SCREENPLAY AWARD;**
**and DOES 1–20**
Defendants.

**Case No. 2:26-cv-06965-GW**

# NICHOLAS GERARD VARGA'S MOTION TO INTERVENE AND MEMORANDUM OF POINTS AND AUTHORITIES

Fed. R. Civ. P. 24(a)(2)
and, alternatively, Rule 24(b)

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that proposed intervenor Nicholas Gerard Varga moves for intervention in this action under Federal Rule of Civil Procedure 24(a)(2), or, alternatively, under Rule 24(b)(1)(B), and requests leave to intervene as a plaintiff and to file the accompanying Proposed Complaint in Intervention.

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that proposed intervenor Nicholas Gerard Varga moves for intervention in Kenneth P. Giavara v. Illumination Entertainment LLC et al., Case No. 2:26-cv-06965, under Federal Rule of Civil Procedure 24(a)(2), or alternatively Rule 24(b)(1)(B). Varga requests leave to intervene as a party plaintiff and to file the accompanying Proposed Complaint in Intervention concerning his separately registered screenplay, Mine! Finding Disney Land, and its alleged unauthorized use in Migration.

Hearing Date: 10/8/26 Time: 8:30 AM Courtroom: ?

Assigned Judge: The Honorable George H. Wu, United States District Judge.

This motion is supported by this Notice, the Memorandum of Points and Authorities, the Declaration of Nicholas Gerard Varga, the Proposed Complaint in Intervention, the Proposed Order, and matters properly before the Court.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

1. Nicholas Gerard Varga seeks to intervene because this action concerns the motion picture Migration, while Varga asserts a separate registered copyright in Mine! Finding Disney Land and alleges that protected expression from his screenplay was copied or exploited in the film.

2. Varga is not merely an interested observer. He claims authorship and ownership of a registered screenplay, United States Copyright Registration No. PAu004225541, and alleges a concrete access history involving repeated submissions, paid reviews, consultations, and actual reading of the work.

3. The present Giavara action concerns Migration and alleged copyright infringement involving another screenplay. Varga alleges factual determinations about the development, source, access, circulation, and copying of screenplay material used in Migration may affect his separate copyright claim.

4. Varga therefore seeks intervention under Rule 24(a)(2), or alternatively Rule 24(b)(1)(B), before the Court adjudicates issues that may impair his ability to protect his separate copyright interest.

## II. FACTUAL BASIS FOR VARGA'S INTEREST

5. Varga authored Mine! Finding Disney Land in approximately 2015 and obtained U.S. Copyright Registration No. PAu004225541.

6. Beginning in or around late 2017, Varga repeatedly submitted the Screenplay through screenplay-consultation, evaluation, competition, and industry-access services over a period exceeding four years.

7. Varga paid for reviews and feedback. He alleges reviewers were paid to read submitted

material and that he received substantive feedback concerning his Screenplay, providing a factual basis for actual access.

8. Varga alleges the Screenplay was uploaded or transmitted into databases or client systems used by screenplay services and that records can identify persons who handled or reviewed the work.

9. Varga alleges a November 3, 2021 Coverfly consultation concerning the screenplay-review process and handling of submitted material, as well as direct interactions with ScreenCraft personnel concerning submissions and feedback.

10. Varga alleges that the review and competition ecosystem included professional readers, judges, consultants, writers, producers, and other entertainment-industry participants, including persons with professional relationships to persons associated with Universal and Illumination.

11. Varga alleges specific similarities involving narrative progression, the birds' ascension and corresponding resolution, successive obstacles and relationships, and the combination and sequence of expressive elements.

## III. RULE 24(a)(2): INTERVENTION AS OF RIGHT

12. Rule 24(a)(2) permits intervention as of right when the applicant timely claims an interest relating to the property or transaction at issue, disposition may impair or impede protection of that interest, and the existing parties may not adequately represent the interest.

13. Timeliness. Varga seeks intervention promptly while this action remains at an early stage and before adjudication of the competing copyright allegations concerning Migration.

14. Protectable interest. Varga's registered copyright and asserted ownership interest are concrete legal interests directly related to Migration because he alleges protected expression from his screenplay was used in the film.

15. Relation to transaction. Both proceedings concern Migration and overlapping factual questions about screenplay development, access, circulation, entertainment-industry personnel, chronology, and alleged copying.

16. Potential impairment. A ruling concerning the source, development history, access pathway, authorship, or copying of screenplay material in Migration could impair Varga's ability to establish and protect his own claim if he is excluded.

17. Inadequate representation. Giavara is litigating Giavara's own asserted copyright interest in a different screenplay. Giavara does not represent Varga's distinct authorship, registration, submission history, access evidence, or similarity theory.

## IV. RULE 24(b)(1)(B): PERMISSIVE INTERVENTION

18. Alternatively, permissive intervention is appropriate because Varga's claim shares common questions of law and fact with claims already pending, including Migration's development chronology, screenplay access, industry participants, and alleged copying.

19. Permissive intervention would promote judicial economy, reduce duplicative discovery, and reduce the risk of inconsistent factual findings.

## V. FIRST-FILED FEDERAL LITIGATION AND PENDING APPEAL

20. Varga commenced related federal copyright litigation in 2024 concerning Mine! Finding Disney Land and Migration, before the present Giavara action was filed in June 2026.

21. Varga separately filed Civil No. 24-cv-279-SE-TSM against Universal Pictures on September 9, 2024, and that matter was later consolidated with related proceedings into Civil No. 24-cv-130-LM-TSM.

22. Varga contends that the earlier filing is relevant under the federal first-to-file doctrine, which considers chronology, similarity of parties, and similarity of issues and is discretionary. See Kohn Law Group, Inc. v. Auto Parts Manufacturing Mississippi, Inc., 787 F.3d 1237, 1240-42 (9th Cir. 2015).

23. Varga does not contend that first-to-file automatically establishes ownership or infringement. He contends the earlier filing is relevant to whether a later-filed proceeding should impair or complicate adjudication of his separate claim.

24. Varga's prior district-court judgment is subject to appellate review in First Circuit No. 25-2211. He does not contend that the appeal automatically vacates the judgment; the pending appeal is part of the procedural history relevant to the relationship of these proceedings.

## VI. UNIVERSAL PICTURES AND PRIOR ADJUDICATION

25. Varga filed a separate action against Universal Pictures on September 9, 2024. The matter was later consolidated into Civil No. 24-cv-130-LM-TSM.

26. Varga contends that the August 21, 2025 final order does not expressly identify Universal Pictures in its dispositive paragraph as a defendant against whom a merits dismissal was entered. He requests that the Court examine the actual claim, defendant identity, consolidation history, and controlling orders before applying any preclusion theory.

27. Varga does not ask the Court to treat that contention as automatically resolving preclusion. He asks that the precise procedural record be considered before the later-filed Giavara case is treated as extinguishing or superseding his separately asserted claim.

## VII. REQUESTED RELIEF

28. Varga respectfully requests that the Court grant intervention as of right under Rule 24(a)(2), or alternatively permissive intervention under Rule 24(b)(1)(B); permit filing of the Proposed Complaint in Intervention; permit participation in discovery and proceedings relevant to his claim; consider the first-filed chronology and pending First Circuit appeal; and grant such other relief as the Court deems just and proper.

## CONCLUSION

For these reasons, proposed intervenor Nicholas Gerard Varga respectfully requests that the Court grant this Motion to Intervene and permit him to file the accompanying Proposed Complaint in Intervention.

DATED: August 31, 2026

Respectfully submitted,

NICHOLAS GERARD VARGA

Proposed Intervenor, Pro Se

8/31/26

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION

**KENNETH P. GIAVARA,**
Plaintiff,

v.

**ILLUMINATION ENTERTAINMENT LLC; MIKE WHITE; UNIVERSAL PICTURES, INC.; UNIVERSAL CITY STUDIOS LLC; and DOES 1–10,**
Defendants.

**Case No.**
2:26-cv-06965-GW

# EXHIBITS

## IN SUPPORT OF NICHOLAS GERARD VARGA'S MOTION TO INTERVENE

Fed. R. Civ. P. 24(a)(2) and, alternatively, Rule 24(b)

Nicholas Gerard Varga
Proposed Intervenor, Appearing Pro Se

# EXHIBIT 1

Copyrigh Regiztration

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**PAu 4-225-541**
**Effective Date of Registration:**
June 03, 2024
**Registration Decision Date:**
June 04, 2024

## Title

**Title of Work:** Mine! Finding Disney Land

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** Nicholas Gerard Varga
  **Author Created:** text, Screenplay/Writing
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Nicholas Gerard Varga
9 River Street APT. D37, Newmarket, NH, 03857, United States

## Rights and Permissions

**Name:** Nicholas Gerard Varga
**Email:** varganick3@gmail.com
**Telephone:** (603)401-6131

## Certification

**Name:** Nicholas Gerard Varga
**Date:** June 03, 2024

**Correspondence:** Yes

# EXHIBIT 2

Submission Proof & History

| date | type | amount | submission |
|---|---|---|---|
| 03/14/2024 | script | 94 | The Tragical History of the Life and Death of Doctor Faustus - ScreenCraft True Story & Public Domain Competition (2024): Standard Entry |
| 03/12/2024 | script | 95 | Seagulls Finding Disney Land! - Nantucket Film Festival - Tony Cox Screenplay Competition (2024): Feature Screenplay |
| 03/11/2020 | script | 80 | Mine! - Nantucket Film Festival - Tony Cox Screenplay Competition (2020): Feature Screenplay |
| 01/30/2020 | script | 57 | Mine! - Los Angeles International Screenplay Awards (Winter 2020): Feature Screenplay Entry |
| 01/28/2020 | project.update | 5 | Mine! - ScreenCraft Family Screenplay Competition (2019): Standard Entry plus Feedback |
| 01/28/2020 | project.update | 5 | Mine! - Los Angeles International Screenplay Awards (2019 Holiday Season Competition): Feature Screenplay |
| 01/28/2020 | project.update | 5 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 01/28/2020 | project.update | 5 | Mine! - ScreenCraft Animation Competition (2019): Standard Entry plus Feedback |
| 01/28/2020 | project.update | 5 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 01/28/2020 | project.update | 5 | Mine! - ScreenCraft Animation Competition (2019): Standard Entry |
| 01/25/2020 | project.update | 5 | Mine! - ScreenCraft Family Screenplay Competition (2019): Standard Entry plus Feedback |
| 01/25/2020 | project.update | 5 | Mine! - Los Angeles International Screenplay Awards (2019 Holiday Season Competition): Feature Screenplay |
| 01/25/2020 | project.update | 5 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 01/25/2020 | project.update | 5 | Mine! - ScreenCraft Animation Competition (2019): Standard Entry plus Feedback |
| 01/25/2020 | project.update | 5 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 01/25/2020 | project.update | 5 | Mine! - ScreenCraft Animation Competition (2019): Standard Entry |
| 01/14/2020 | tip | 10 | n/a |
| 01/12/2020 | project.update | 5 | Mine! - ScreenCraft Family Screenplay Competition (2019): Standard Entry plus Feedback |
| 01/12/2020 | project.update | 5 | Mine! - WeScreenplay Feature Lab (2019): Standard Entry with Feedback |
| 01/12/2020 | project.update | 5 | Mine! - Los Angeles International Screenplay Awards (2019 Holiday Season Competition): Feature Screenplay |
| 01/12/2020 | project.update | 5 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 01/12/2020 | project.update | 5 | Mine! - ScreenCraft Animation Competition (2019): Standard Entry plus Feedback |
| 01/12/2020 | project.update | 5 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 01/12/2020 | project.update | 5 | Mine! - ScreenCraft Animation Competition (2019): Standard Entry |
| 01/11/2020 | project.update | 5 | Mine! - ScreenCraft Family Screenplay Competition (2019): Standard Entry plus Feedback |
| 01/11/2020 | project.update | 5 | Mine! - WeScreenplay Feature Lab (2019): Standard Entry with Feedback |
| 01/11/2020 | project.update | 5 | Mine! - Los Angeles International Screenplay Awards (2019 Holiday Season Competition): Feature Screenplay |
| 01/11/2020 | project.update | 5 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 01/11/2020 | project.update | 5 | Mine! - ScreenCraft Animation Competition (2019): Standard Entry plus Feedback |
| 01/11/2020 | project.update | 5 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 01/11/2020 | project.update | 5 | Mine! - ScreenCraft Animation Competition (2019): Standard Entry |
| 01/08/2020 | script | 55 | Mine! - Scriptapalooza Screenplay Competition (2020): Feature screenplay submission |
| 01/08/2020 | script | 78 | Mine! - ScreenCraft Animation Competition (2019): Standard Entry |
| 01/08/2020 | script | 50 | Mine! - Top Tier Competition (2020): Standard Application |
| 01/08/2020 | project.update | 5 | Mine! - ScreenCraft Family Screenplay Competition (2019): Standard Entry plus Feedback |
| 01/08/2020 | project.update | 5 | Mine! - WeScreenplay Feature Lab (2019): Standard Entry with Feedback |
| 01/08/2020 | project.update | 5 | Mine! - Los Angeles International Screenplay Awards (2019 Holiday Season Competition): Feature Screenplay |

| | | | |
|---|---|---|---|
| 01/08/2020 | project.update | 5 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 01/08/2020 | project.update | 5 | Mine! - ScreenCraft Animation Competition (2019): Standard Entry plus Feedback |
| 01/08/2020 | project.update | 5 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 01/05/2020 | project.update | 5 | Mine! - ScreenCraft Family Screenplay Competition (2019): Standard Entry plus Feedback |
| 01/05/2020 | project.update | 5 | Mine! - WeScreenplay Feature Lab (2019): Standard Entry with Feedback |
| 01/05/2020 | project.update | 5 | Mine! - Los Angeles International Screenplay Awards (2019 Holiday Season Competition): Feature Screenplay |
| 01/05/2020 | project.update | 5 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 01/05/2020 | project.update | 5 | Mine! - ScreenCraft Animation Competition (2019): Standard Entry plus Feedback |
| 01/05/2020 | project.update | 5 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 12/23/2019 | project.update | 5 | Mine! - ScreenCraft Family Screenplay Competition (2019): Standard Entry plus Feedback |
| 12/23/2019 | project.update | 5 | Mine! - WeScreenplay Feature Lab (2019): Standard Entry with Feedback |
| 12/23/2019 | project.update | 5 | Mine! - Los Angeles International Screenplay Awards (2019 Holiday Season Competition): Feature Screenplay |
| 12/23/2019 | project.update | 5 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 12/23/2019 | project.update | 5 | Mine! - ScreenCraft Animation Competition (2019): Standard Entry plus Feedback |
| 12/23/2019 | project.update | 5 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 12/10/2019 | question | 25 | n/a |
| 12/09/2019 | script | 63.75 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 12/09/2019 | question | 39 | n/a |
| 12/08/2019 | tip | 10 | n/a |
| 12/08/2019 | script | 49 | MINE! - Inroads Fellowship (Season 3): Feature-Length (Screenplay or Pilot > 40 pages) |
| 12/08/2019 | script | 59 | MINE! - Los Angeles International Screenplay Awards (2019 Holiday Season Competition): Feature Screenplay |
| 12/08/2019 | script | 40 | MINE! - Script Pipeline Screenwriting Competition (2020): Standard Entry |
| 12/08/2019 | script | 70 | MINE! - Big Apple Film Festival Screenplay Competition (Winter 2020): Feature Screenplay (Comedy) |
| 12/08/2019 | script | 45 | MINE! - PAGE International Screenwriting Awards Competition (2020): PAGE Awards Entry (Feature Script) |
| 12/08/2019 | script | 70 | MINE! - Big Apple Film Festival Screenplay Competition (Winter 2020): Feature Screenplay (Comedy) |
| 12/08/2019 | script | 70 | MINE! - Big Apple Film Festival Screenplay Competition (Winter 2020): Feature Screenplay (Action/Adventure) |
| 12/08/2019 | script | 194 | MINE! - Nantucket Film Festival - Tony Cox Screenplay Competition (2020): Feature Screenplay + Script Analysis |
| 12/08/2019 | script | 88 | MINE! - WeScreenplay Feature Lab (2019): Standard Entry with Feedback |
| 12/08/2019 | script | 78 | MINE! - ScreenCraft Family Screenplay Competition (2019): Standard Entry |
| 12/08/2019 | script | 58 | MINE! - ScreenCraft Animation Competition (2019): Standard Entry |
| 12/08/2019 | question | 39 | n/a |
| 12/08/2019 | project.update | 5 | Mine! - ScreenCraft Family Screenplay Competition (2019): Standard Entry plus Feedback |
| 12/08/2019 | project.update | 5 | Mine! - WeScreenplay Feature Lab (2019): Standard Entry with Feedback |
| 12/08/2019 | project.update | 5 | Mine! - Los Angeles International Screenplay Awards (2019 Holiday Season Competition): Feature Screenplay |
| 12/08/2019 | project.update | 5 | Mine! - New Media Film Festival (2020): Standard Script Entry |
| 12/08/2019 | project.update | 5 | Mine! - ScreenCraft Animation Competition (2019): Standard Entry plus Feedback |
| 12/02/2019 | script | 127 | Mine! - ScreenCraft Animation Competition (2019): Standard Entry plus Feedback |
| 11/22/2019 | script | 63.75 | Mine! - New Media Film Festival (2020): Standard Script Entry |

| | | | |
|---|---|---|---|
| 11/22/2019 | script | 59 | Mine! - Los Angeles International Screenplay Awards (2019 Holiday Season Competition): Feature Screenplay |
| 11/20/2019 | script | 9 | The Smiley Face Murder Theory - LET'S MAKE IT! Screenwriting Contest (2019-2020): Feature film screenplay (60+ pages) |
| 11/20/2019 | question | 39 | n/a |
| 11/20/2019 | question | 25 | n/a |
| 11/16/2019 | script | 79 | Daydream Girl - WeScreenplay Feature Lab (2019): Standard Entry with Feedback |
| 11/15/2019 | script | 78 | Mine! - WeScreenplay Feature Lab (2019): Standard Entry with Feedback |
| 11/15/2019 | question | 25 | n/a |
| 11/14/2019 | script | 40 | Mine! - Script Pipeline Screenwriting Competition (2020): Standard Entry |
| 11/14/2019 | script | 45 | The Smiley Face Murder Theory - Your Script Produced! Studios (2020, Season 2): Feature |
| 11/14/2019 | script | 59 | The Smiley Face Murder Theory - Table Read My Screenplay - Park City (2020): Feature |
| 11/14/2019 | script | 69 | Mine! - Nantucket Film Festival - Tony Cox Screenplay Competition (2020): Feature Screenplay |
| 11/13/2019 | script | 150 | Daydream Girl - Kairos Prize for Spiritually Uplifting Screenplays (2019-2020): Entry (for beginning writers) |
| 11/12/2019 | script | 138 | Daydream girl - ScreenCraft Screenwriting Fellowship (2020): Screenwriting Fellowship Entry + Feedback |
| 11/12/2019 | script | 190 | Daydream Girl - Nantucket Film Festival - Tony Cox Screenplay Competition (2020): Feature Screenplay + Script Analysis |
| 11/12/2019 | script | 190 | The Smiley Face Murder Theory - Nantucket Film Festival - Tony Cox Screenplay Competition (2020): Feature Screenplay + Script Analysis |
| 11/12/2019 | script | 70 | The Smiley Face Murder Theory - Barnstorm Fest (2019): Feature Screenplay |
| 11/12/2019 | script | 119 | The Smiley Face Murder Theory - Filmmatic Horror Screenplay Awards (Season 4): Screenplay or Pilot with Coverage |
| 11/12/2019 | script | 60 | The Smiley Face Murder Theory - Big Apple Film Festival Screenplay Competition (Winter 2020): Feature Screenplay (Horror / Thriller) |
| 11/12/2019 | script | 69 | The Smiley Face Murder Theory - WeScreenplay Feature Lab (2019): Standard Entry with Feedback |
| 11/12/2019 | script | 90 | The Smiley Face murder Theory - Atlanta Film Festival Screenplay Competition (2020): Atlanta Feature Entry |
| 11/12/2019 | script | 138 | The Smiley Face murder Theory - ScreenCraft Screenwriting Fellowship (2020): Screenwriting Fellowship Entry + Feedback |
| 11/11/2019 | question | 39 | n/a |
| 11/11/2019 | script | 138 | Daydream Girl - ScreenCraft Family Screenplay Competition (2019): Standard Entry plus Feedback |
| 10/30/2019 | script | 159 | Come Get Some - ScreenCraft Action & Adventure Screenplay Competition (2019): Action Adventure Contest entry plus Feedback |
| 10/29/2019 | script | 127 | Mine! - ScreenCraft Family Screenplay Competition (2019): Standard Entry plus Feedback |
| 09/12/2019 | script | 59 | Smiley Face Murder Theory - ScreenCraft Film Fund (Fall 2019): Film Fund Standard Application |

Gmail

Search mail

Away

99+ Mail

Chat

Meet

Compose

Inbox 13,337

Starred

Snoozed

Sent

Drafts 116

More

Labels +

[Imap]/Drafts

Nicholasvarga09@gmail....

NickVargaJPAagency.com

Upgrade

18 of 19,154

**Support Team** (ScreenCraft)
Jul 14, 2024, 3:21PM PDT

Hi Nick

Thank you for reaching out.
We understand your concern, that's why we use Coverfly to manage our submissions because they have a failsafe system that makes our readers sign the proper documents before reading any scripts. Also, they keep safe your name and contact information. The reader can only see the title of the project, page count, format, and genre.

We can also confirm that you deleted this submission as you may see:

| User | Title | Partner | Package |
|---|---|---|---|
| Nicholas Varga | The Tragical History of the Life … (DELETED) | ScreenCraft | Standard Entry - ScreenCraft True Story & Public Domain Competition (2024) |

Deleted on Saturday, July 13th, 2024 at 11:40PM by Nicholas Varga

Best,
Glen

**ScreenCraft Team**

NANTUCKET
FILM FESTIVAL

Contest: Nantucket Film Festival - Showtime Tony Cox Screenplay Competition (2020)
Package: Feature Screenplay + Script Analysis
Date: 01/05/2020
Page Count: 129
Genre: Animated
Analyst: 72734
Rating: Pass
Score: 1.50/10

**MINE!**

by Nicholas Varga

| CATEGORY | SCORE |
|---|---|
| Premise | 1.00/10 |
| Structure | 1.00/10 |
| Characters | 3.00/10 |
| Plot | 2.00/10 |
| Dialogue | 3.00/10 |
| Format | 0.00/10 |
| Overall Writing Quality | 0.50/10 |
| Current Market Potential | 2.00/10 |
| Marketability | 2.00/10 |
| Production Probability | 1.00/10 |

**Logline**

Even the most frightened, the most nerdy and socially awkward of birds realize that its their time to take to the sky and fly for their dreams...and the biggest party in their bird lives!

---

**Recommendation**

Even if I were able to watch the movie with the script in front of me, I would have a difficult time following the story. As expanded upon in a later answer, I would enjoy this greatly as some kind of comic or graphic novel that features lots of images and words and sound bubbles instead of trying to piece together the kind of contained chaos that this film under heavy editing hands required of animation may turn out to be. There is no doubt this is would be one of the movies that audiences, children especially but many adults as well, would walk out of having enjoyed greatly without necessarily understanding the how or why.

---

**Critical Analysis**

Attention Hyper Deficit Disorder is used as an adjective all over this script and from what I can comprehend reading this script, that was very much the main muse. This script is all over the place and could probably benefit from being turned into two, maybe potentially even three different features. Adventures and romance can and should be had all by all, but there is not need for everyone to participate in every possible adventure at every very giving turn.

---

**Overview**

This script would make a highly entertaining kid's book, and in fact, I wish that's the format that had been taken instead. Perhaps a children's graphic novel, which would make efficient use of the 'pow' and 'bang' sound bubbles often featured in comics. From best I can eke out, this is the story of birds migrating from New England to Florida for the bird rager of the century. There are dolphins, humans, pirates, and the word 'poop' bandied about a lot without any rhyme or reason. This is also described as a musical - but where are the songs to be sung? This screenplay clocks in at over one hundred pages, and while much of the content could be taken out as some kind of technical

direction or emotional cue that wouldn't necessarily be left in the final product, there remains a lot of refining to be done.

---

**Formatting**

Again, the enthusiasm and passion of the writer is nothing short of admirable - it is the very spirit that makes this fun and could even, maybe, be engaging. That being said, there are spelling errors and grammar mistakes all over this script. There is technical direction all over each page, and the script is rife with emotional cues and suggestions for everything, including sound effects. At some points, the sounds effects make up the dialogue - wouldn't that just be the sound? 12-point Courier was used appropriately.

---

**Story Structure and Plot Development**

This script was fun and can engage, and I want to love it - if it were three different movies. How much adventure can birds get into, without much resolution? Apparently all the possible adventure. The screenplay also promises to be a musical, but leaves little in the way of music - even the beginning could start with a High School Musical-esque song bout the different cliques that exist in this bird universe. Instead, we are treated to Bostonian crabs.

---

**Characterization**

The characterization is a bit ill-refined. The writer is clearly enthusiastic and passionate, that much cannot be argued but the characters themselves suffer a serious lack of any actual personality. But there is also a lot to be said for having an editor who can help pare things down, continue to polish and polish and polish to find the diamond that has been sitting deeply and patiently beneath the rough. That this script is also trying to be everything from a comedy to a children's movie to an animated movie to an animated musical doesn't help actually flesh out any of the characters, many of whom are labeled as "jocks" or "nerds" without much distinction, if any were to be, or could be made. The use of "Bostonian" to describe the crabs, for instance, makes me wonder what that means - whose interpretation of Boston is being used, and what do the crabs have to do with it? Are they Southie? Did Henry James start breeding crustaceans?

---

**Dialogue**

The dialogue is fun and that can be engaging, but the vocabulary used is a bit limited, and would benefit from a bit more exposure to a dictionary and thesaurus.

---

**Moving Forward**

The writer would benefit from reading more - there really is a lot of passion and enthusiasm in this script. Full of love and homage, this is a script written by someone who clearly loves movies of all kinds - ready to bring in all kinds of adventure and shenanigans and action to what really is a story about birds. But all the creativity and imagination needs help to be toned down and turned into craft. "Poop" and "ADHD" are not adjectives for anything - even if that is explained in the beginning, neither of which actually were.

oogle how does coverfly partner with the nantucket film festica

AI Mode All Short videos Forums Images News Videos More

AI Overview

The Nantucket Film Festival (NFF) partners with Coverfly to manage submissions for its Tony Cox Screenplay Competition. Coverfly provides the online platform for submitting screenplays and handling entry fees. Specifically, the NFF uses Coverfly's payment system for entry fees. Additionally, Coverfly handles the automatic removal of title pages if requested by the NFF.

**Here's a more detailed breakdown:**

**Coverfly's platform:**

The NFF utilizes Coverfly's website (FilmFreeway.com, Coverfly.com) as the official submission portal for the Tony Cox Screenplay Competition.

**Submission process:**

Writers submit their screenplays through the Coverfly platform, paying the required entry fees through their system.

**Payment processing:**

Coverfly manages the payment processing for the competition, including any additional fees, such as those for scripts exceeding 125 pages.

**Title page removal:**

If a writer includes a title page when submitting, Coverfly will automatically remove it, as per the NFF's request.

# EXHIBIT 3

Online Research Forums

Proving they are aquainted

Google did screencraft help writers with illumination entertainmen

AI Mode All Images Short videos News Forums Videos More

Exhibit #5

AI Overview

It appears ScreenCraft did have connections that could indirectly benefit writers hoping to work with Illumination Entertainment or other animation studios, though ScreenCraft itself has discontinued its services as of February 28, 2025.

Here's how those connections manifested:

- **Industry Jury Members & Mentors:** ScreenCraft competitions, particularly the Animation & Family competition, have featured industry professionals like David Maxwell Kirschner, whose producing credits include animated features like *An American Tail* and *Curious George* for Universal (the parent company of Illumination).
- **Literary Managers & Agents:** ScreenCraft has a history of assisting writers in securing representation with managers and agents who, in turn, have connections with major studios like Universal, Netflix, and others. One example is Allen Eckhouse, General Manager of Logical Talent Management, who has developed pitch concepts for Illumination Entertainment, amongst others.
- **Networking Opportunities:** ScreenCraft's events, like their Writers Summits, offered opportunities to connect with industry professionals, including agents and managers, potentially leading to introductions at companies like Illumination.

While ScreenCraft itself is no longer active, the pathways they

11:32 LTE

Exhibit # 5. A.

AI Overview +2

Yes, NBCUniversal was involved with ScreenCraft in 2019, ← specifically through the participation of NBCUniversal Television executives and personnel in the jury of the 2019 ScreenCraft Pilot Launch TV Script Competition, according to ScreenCraft. This demonstrates a level of engagement and interest in discovering new writing talent through ScreenCraft's competitions.

The date as the same time of the plaintiff's submission of the Coverfly paper trail.

**Announcing The 2019 ScreenCraft Pilot...**

Jan 22, 2020 — Lost in the Flood by Sean Collins-Smith has bee...

ScreenCraft




did nbcuniversal part take with scree

5:03

# Exhibit # 5. B.

In 2018, ScreenCraft partnered with the Atlanta Film Festival to host the ScreenCraft Writers Summit. This event brought together screenwriters and professionals from the film and television industry, including Academy Award-winning and Emmy-winning writers, studio executives, managers, and literary agents.

In also 2018 The Plaintiff also submitted His copy right to CoverFly & Universal...

Universal Studios (or its various subsidiaries) participated in other initiatives focused on discovering and developing writing talent in 2018. Universal Filmed Entertainment Group's Global Talent Development & Inclusion group coordinated the Universal Writers Program, a one-year paid program that provided professional

universal studios screencraft 2018

Case 1:24-cv-00130-LM-TSM Document 93-6 Filed 07/28/25 Page 5 of 13

5:04

Exhibit # 5.C.

Universal Studios (or its various subsidiaries) participated in other initiatives focused on discovering and developing writing talent in 2018. Universal Filmed Entertainment Group's Global Talent Development & Inclusion group coordinated the Universal Writers Program, a one-year paid program that provided professional development and an immersive experience of the studio's production process to six writers. Participants benefited from workshops, seminars, mentorship, and roundtable discussions with executives, filmmakers, and showrunners. They also collaborated with creative executives at DreamWorks Animation and Illumination to develop their

← In also 2018 the Plaintiff Submitted the copyright to Universal through Screencrafts website & also mentions Illumination

universal studios screencraft 2018

6:58 LTE

Exhibit # 5. D.

does universal do

AI Mode All Videos Images Nev

AI Overview +6

Based on the provided information, it appears that Universal Pictures does have some working relationships or interactions with ScreenCraft, but it's not a formal partnership or business relationship in the traditional sense of direct business operations or acquisitions.

← They intake people's copy right ideas as a business together!

Here's why:

- **ScreenCraft facilitates connections:** ScreenCraft's programs, such as the Fellowship, aim to connect aspiring writers with industry

does universal do business with scre

Case 1:24-cv-00130-LM-TSM Document 93-6 Filed 07/28/25 Page 7 of 13

Exhibit # 5.E.

5:08

AI Overview

Yes, it appears Universal Studios played a role in the ScreenCraft 2018 Animation Contest (also referred to as the ScreenCraft Animation & Family Competition at times).

In 2018 the plaintiff Submitted the copyright to Universal through the ScreenCraft website. Dozens of times!

Specifically, the Grand Prize winner of the competition was invited to a 1:1 mentorship meeting with screenwriter and producer David Maxwell Kirschner. Kirschner's producing credits include Universal's animated adaptation of the classic Curious George books. This connection suggests that Universal Studios, through Kirschner's involvement, participated in a way in the ScreenCraft 2018

google.com

Case 1:24-cv-00130-LM-TSM Document 93-6 Filed 07/28/25 Page 8 of 13

Exhibit #5.F

5:01 LTE

SCREENCRAFT

Manager of Logical Talent Management. LTM represents topnotch screenwriters across all genres, styles, and formats. Additionally, LTM works with literary authors, podcast creators, board game designers, and other content generators to help bring their projects to life. Allen has developed pitch concepts for Dreamworks, Amblin, Blumhouse, and Illumination Entertainment.

Screencraft & Illumination Entertainment

REMIND ME

More info coming soon

screencraft.org

Dreamworks is also owned by Universal where the plaintiff submitted the copyright

Exhibit # 5.G.

7:11 5G

Google Sign in

does illumination

AI Mode All Images Videos Shc

AI Overview +9

While it's not a direct business relationship, ScreenCraft, a screenwriting competition platform, has some connections to Illumination Entertainment:

- Logical Talent Management (LTM), which represents screenwriters and creative talent, has developed pitch concepts for Illumination

← They in took copywrite material together to judge the Plaintiff's copyright.

[signature]

does illumination do

Case 1:24-cv-00130-LM-TSM Document 93-6 Filed 07/28/25 Page 10 of 13

Exhibit # S.H.

7:11

- Logical Talent Management (LTM), which represents screenwriters and creative talent, has developed pitch concepts for Illumination Entertainment, according to ScreenCraft. Allen Eckhouse, a talent manager at Logical Talent Management, was previously at CAA and developed project concepts with companies including Illumination Entertainment.
- ScreenCraft's Animation Screenwriting Competition aimed to give visibility to animation writers and connect them with genre-specific relationships at top animation companies.
- A past winner of a ScreenCraft competition mentioned that the judging panel included professionals who worked for

does illumination do business with sc

← They intake copyright material from people as a third party business to further hide their infringement use through the website's data base.

Exhibit # 5.I.

6:57 LTE



ScreenCraft is a website that analyzes and discusses various aspects of filmmaking, including the storytelling techniques used by Pixar Animation Studios. ScreenCraft has highlighted Pixar's emphasis on strong characters and compelling stories, particularly in their animated films. They have also explored the common themes found in Pixar movies, suggesting that screenwriters can learn from Pixar's success by embracing similar themes in their own work. Additionally, ScreenCraft has discussed Pixar's storytelling approach, including the "Art of Storytelling" resource available on Khan Academy and advice from Pixar filmmakers like Pete Docter and

screencraft and pixar

They also worked alongside with Pixar where the Plaintiff tried to resume doing business the proper way and then the other businesses saw the bird's idea as competition

6:58 LTE

Exhibit # S.J.

- **ScreenCraft facilitates connections:** ScreenCraft's programs, such as the Fellowship, aim to connect aspiring writers with industry professionals, including executives at major studios like Universal.
- **Universal executives meet with ScreenCraft participants:** Past participants in ScreenCraft's Fellowship have had meetings with executives at Universal, according to ScreenCraft and Coverfly.
- **ScreenCraft claims industry relationships:** ScreenCraft states they have relationships with various production companies and studios, including mentioning Universal.

However, it's important to note

does universal do business with scre

Exhibit # 5.K.

12:16

was universal eve

AI Mode All News Images Shor

AI Overview

Yes, Universal Pictures has had a presence at the Nantucket Film Festival (NFF).

Specifically:

- In 2019, Universal Pictures film "Yesterday" was the opening night selection of the festival.
- There's also a mention of the "11th Annual Nantucket Film Festival NBC Universal Screenwriters Tribute", indicating a past association between NBCUniversal (of which Universal Pictures is a part) and the NFF.

was universal ever at the nantucket fi

Exhibit #6

**Ken Daurio Fan Casting**

View casting suggestions for Ken Daurio, and make your own suggestions for roles you think they should play in upcoming films!

ScreenCraft
https://screencraft.org › blog › top-25-most-successful-s...

**Top 25 Most Successful Screenwriters in Box Office Histor**

Jan 14, 2022 — #18 (Tied): **Ken Daurio**. $4,326,403,446. Most known for the Despicable ... Ken Miyamoto has worked in the **film** industry for nearly two ...

The Script Lab
https://thescriptlab.com › property › despicable-me-2

**Despicable Me 2**

Writers: Cinco Paul, **Ken Daurio**. Companies: Chris Meledandri, Franchises ... **ScreenCraft Film** Fund. Deadline: June 30th, 2024 ...

Exhibit # 6.A.

Verizon 7:25 AM

SCREENCRAFT

- Lupita Nyong'o in 12 Years a Slave (Fox Searchlight)
- Julia Roberts in August: Osage County (The Weinstein Company)
- June Squibb in Nebraska (Paramount)

## BEST ANIMATED FEATURE FILM OF THE YEAR

- The Croods (20th Century Fox): Chris Sanders, Kirk DeMicco and Kristine Belson
- Despicable Me 2 (Universal): Chris Renaud, Pierre Coffin and Chris Meledandri
- Ernest & Celestine (GKIDS): Benjamin Renner and Didier Brunner
- Frozen (Walt Disney): Chris Buck, Jennifer Lee and Peter Del Vecho
- The Wind Rises (Walt Disney): Hayao Miyazaki and Toshio Suzuki

screencraft.org

Case 1:24-cv-00130-LM-TSM Document 93-7 Filed 07/28/25 Page 4 of 7

IMG_3782.jpg 7/10/24, 3:04 PM

Exhibit #6.B.

JAY THAKUR

Visual Department, Sony Pictures Animation

Jay Thakur works in visual development for Sony Pictures Animation, the iconic studio behind tentpole animation franchises such as Spider Man: Into the Spiderverse, Hotel Transylvania, Goosebumps, The Smurfs, and Diary of a Wimpy Kid.

ALLEN ECKHOUSE

General Manager, Logical Talent Management

Allen Eckhouse is a talent manager with Logical Talent Management. Previously at CAA, Allen has developed project concepts with major companies such as DreamWorks, Amblin Entertainment, Blumhouse, and Illumination Entertainment.

GUARANTEED SIGNING ADD-ON PRIZE OPPORTUNITY

This optional add-on prize category will grant one eligible writer the opportunity to work with Signing Partner Anders Lykke of Locus Entertainment. This unique add-on benefit is separate from the ScreenCraft Animation & Family Competition prizes and placements. Only projects submitted to the ScreenCraft Animation & Family Competition AND that select this add-on are eligible for consideration in this category. Additionally, all projects that place in the Top 10 of the competition will automatically be considered.

Anders is the founder and CEO of Locus Entertainment, aimed at nurturing and

Exhibit # 6-C.

illumination entertainment screencraft

Illumination, founded by Chris Meledandri in 2007, is one of the entertainment industry's leading producers of event-animated films, including Despicable ...
Missing: screencraft | Show results with: screencraft

## People also ask

Is Illumination owned by Disney?

Who founded Illumination?

Coverfly
https://writers.coverfly.com › competitions › view › scr...

## ScreenCraft Animation and Family (2024) - Coverfly

Previously at CAA, Allen has developed project concepts with major companies such as DreamWorks, Amblin Entertainment, Blumhouse, and Illumination Entertainment ...

Wikipedia

Exhibit #6.D.

Verizon 7:23 AM

SCREENCRAFT

Tag

# KUMAIL NANJIANI




## LESSONS FROM 2018 OSCAR-NOMINATED SCREENWRITERS

By ScreenCraft | Blog, Featured, Interviews

In early February, Jeff Goldsmith, founder of Backstory Magazine and the host of The Q&A Podcast,

screencraft.org

Exhibit # 6.B.

ail.com - Gmail (1,050) - nickvargajpaagency@gmail.co... Rowley IRLAM personal appointments

CREEN GET NOTES CRAFT & NEWS RESO

## FINDING HEALTHY COMPETITION WITH HIS WRITING PARTNER

Paul and his writing partner, Ken Daurio, have worked on a number of proj together and by now have really carved out a go-to routine that works for them. "Generally we know where our strengths lie," Paul says. "We'll pretty much divide up the scenes, he'll take five and I'll take five and then we go off and write them. And so by the end of the day, we each have, hopefully, our pages or so. We'll put them together and then we'll read them aloud... And that's the time when we're revising each other's or we're pitching out other ideas... It's very competitive as far as who has the better pages... and who 'won' the day."

But it's healthy competitiveness, all good-natured. As Paul goes on to say, "I'm really trying to make Ken laugh with my pages, and vice versa. And that's reall the audience we write to. Basically trying to write the movie that we really want to see but also to try to get Ken to laugh out loud... we've been writing partners for almost twenty years now... we're both pretty easy going so we have very [few] disagreements..."

*By the way, our friends over at The Script Lab have a great interview with*

# EXHIBIT 4

Substantial Similarities

Info

Once upon a time there was a pro se plaintiff who were to explain Substantial Similarities to a federal court in a copyright infringement lawsuit.

"It is the bird's ascension in which the catchphrase is revealed, finding the reason to migrate. Upon the migration route to finding the vacation land. Finding Jamaica, finding Disney World. Once the birds have found that they will migrate, they go to bed. Mac talks to Uncle Dan about migrating before everyone wakes up in the morning to fly. Uncle Dan is not having it at first but then agrees to go. As soon as then, they wake up! Mac wakes everyone up. In the original copyright, Davey wakes everyone up. In this story that is brought to a copyright lawsuit, when the birds run into every friend, animal of prey, or obstacle, the birds do reveal that they are trying to find Disney World/Jamaica. As the Plaintiff fights that it is the entire compound of the whole concept. The birds get lost in the adventure, and then befriend another bird who reveals them to a Parrot. The Parrot helps guides them towards the final destination point". Whichever vacation land that will be. It could be that the birds get lost in the desert and run into a camel to help them find the pyramid of Giza and become enlightened by the Pharoah who is a goofy animal. Could be that they are lost in France where they become friends with my French Snail that guides them to the Eiffel Tower because there is a food that Uncle Dan wanted to eat in Paris.

So pleads the Plaintiff.

Upon the Substantial Similarities of Exhibit 11 in the appendix are pages highlighted in the different Colors of Revision and timed, with the minutes and seconds of the infringed movie Migration. Small snippets of the idea itself so far for until the plaintiff is allowed a performance in the art of copyright infringement law of Substantial Similarities. The page numbers of the plaintiff's copyright along with the minutes and seconds of the movie align to find a comparison. In the motive of Willful Infringement the cause is to rewrite as much of the expression into your own element, and without permission.

DAVEY

Alright. Well, I flew all of the way up there to ask those, birds where they were going. They are on their way south, to Florida. That is.

CRYSTAL

Florida?

DAVEY

Yes. Florida.

CRYSTAL

I've heard of some cool stuff in Florida.

DAVEY

Exactly! There's a party. All winter long. All summer long. I've always had this dream, about flying to Florida, or somewhere else other than here. Somewhere awesome!

CRYSTAL

Other than here.. I've also had dreams about flying somewhere other than here.

DAVEY

You have?

CRYSTAL

Yeah. Sometimes I don't like it here. Especially when it's cold.. I've always wondered what it would be like to venture off. Somewhere else. Some place like paradise.

DAVEY

Paradise. Why don't YOU like it here? You're gorgeous usually girls like you are loved here.

In the Scene where Dax First meets Kim, who he loves... at 7 minutes and seven seconds in the movie!

Page 22 in the screenplay...

Case 1:24-cv-00130-LM-TSM Document 93-11 Filed 07/28/25 Page 4 of 53

at 10 minutes and 54 seconds in the movie Pam exacerbates Finding the whole new land!

Page 43 in the Screenplay.

SCUTTLE
Oh hey Davey.

DAVEY
Hey you guys! I have a great idea! Listen, Listen! We should fly south, to Florida! There's a party going on down there that I've heard about.

SNATCHMO
I'm too scared. I don't think that sounds like too good of an idea, Davey. We could get hurt.

GIZ
I'm too fat.

SCUTTLE
Yo you guys. Maybe he's right. Listen to him for a second. I haven't really been feeling this beach, anymore, too much often either. I think it's time for a new place. A new beginning.

GIZ
Uhh let me think this one through for a second. Uhm, no.

As he stuffs his face in food, and pushes Herps away to be able to eat extra.

SCUTTLE
Haven't you ever thought of a new beginning, though Giz? Think of it.. You lost to Ace. You'll always be a loser now.

GIZ
I've thought of this. Still doesn't sit well with me. I'll slow ya down.

DAVEY
But wouldn't you want to fly south? And party? Wouldn't you want to be free? Drink with all the ladies? And be warm? The cold is coming soon. It's Florida.

GIZ
I've always wanted to be a model..

Case 1:24-cv-00130-LM-TSM Document 93-11 Filed 07/28/25 Page 5 of 53



Giz is chubby, so it's funny that he wants to be a model.

DAVEY
Yeah!

GIZ
Eh I guess I'll try.

DAVEY
Yes!

SCUTTLE
That's the spirit, you can model down south, in Florida. How about you Herps?

EXT. THE JOURNEY IS ABOUT TO BEGIN! - MORNING.

Davey and his friends make way to leave in the morning to fly south to embark on their journey of the seagulls adventure.. As the loser seagulls are ready for the party in Florida. They take off first thing in the morning.

DAVEY
Wake up!

at 12 minutes and 53 seconds of the movie the birds wake up!

GIZ
Woah ah mama.

DAVEY
It's time to wake up! Let's fly to Florida.

GIZ
I'm too fat for this.

Page 54 of the screen play...

HERPS
Ahhhh!

Herps, since he is crazy with ADHD and a bit of retardation, wakes his head up out of the sand, goofy.

SCUTTLE
Ah oh good morning Davey..

DAVEY
You ready to fly?

SCUTTLE
Yep. Just hold on and let me wake up... What? What is she doing here?

DAVEY
This is Crystal. She is going to fly south with us to Florida. He tries to introduce Snatchmo.

CRYSTAL
Well thats not bad. I eat a lot too.

GIZ
Hey! Not as much as me though! I eat anything. No diet. Fish, fries, bread, crabs, pizza, worms, whatever you got. I eat it.